UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL SCOTT WARD d/b/a ) | |
| FEREDONNA COMMUNICATIONS, ) | |
| WEDO FUNDRAISING, INC., and ) | |
| PRINTVENTURE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-CV-438 |
| ) | (VARLAN/SHIRLEY) |
| V. ) | |
| ) | |
| KNOX COUNTY BOARD OF EDUCATION, ) | |
| KNOX COUNTY, TENNESSEE, ) | |
| SCOTT BACON, MARY KERR, and ) | |
| WALSWORTH PUBLISHING CO., INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral of the District Judge.

Now before the Court is a Motion for Leave to Withdraw as Counsel [Doc. 88], filed by Attorney Russell Egli. Attorney Egli moves the Court for leave to withdraw from serving as counsel for Plaintiffs Michael Scott Ward d/b/a Ferodonna Communications, WeDo Fundraising, Inc., and Printventure, Inc. The Court initially held this motion in abeyance to allow time for the these corporate parties to secure substitute counsel. See E.D. Tenn. L.R. 83.4(f).

At a hearing conducted March 25, 2013, Attorney Michael A. Nolan appeared on behalf of Plaintiffs Michael Scott Ward d/b/a Ferodonna Communications, WeDo Fundraising, Inc., and Printventure, Inc., and he filed a Notice of Appearance [Doc. 96] on the same day. The Court afforded Defendants Knox County, Mary Kerr, and Scott Bacon – the only remaining

defendants in this case at that time – a brief period for filing any objections to the substitution of Attorney Nolan as counsel for the Plaintiffs.  At a hearing held April 3, 2013, counsel for Defendants Knox County, Mary Kerr, and Scott Bacon represented that they did not object to the substitution of Attorney Nolan as counsel for the Plaintiffs and to the withdrawal of Attorney Egli.

Accordingly, the Court finds that good cause for granting the Motion for Leave to Withdraw as Counsel **[Doc. 88]** has been demonstrated, and it is **GRANTED**.  Attorney Egli **SHALL** turn his file on this case over to Attorney Nolan, but thereafter, he is **RELIEVED** as counsel in this matter.

**IT IS SO ORDERED**.

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge