UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL SCOTT WARD d/b/a ) | |
| FEREDONNA COMMUNICATIONS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.: 3:11-CV-438-TAV-CCS |
| ) | |
| KNOX COUNTY BOARD OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the memorandum opinion entered contemporaneously with this order, the Court hereby **DENIES** plaintiffs' Motion for Summary Judgment as to Plaintiffs' Trademark and Trade Dress Claims [Doc. 135] and Motion for Partial Summary Judgment on the Determination of Profits for Purposes of 15 U.S.C. § 1117 and 17 U.S.C. § 504 [Doc. 133] and **GRANTS** defendants' Motion for Summary Judgment [Doc. 139]. All claims are dismissed and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
      CLERK OF COURT